**JOHN FORD LAND COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 8317.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1940.

William J. Murray, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, J. Louis Monarch, and Louise Foster, all of Washington, D. C., for respondent.

Before HICKS, ARANT, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and on consideration whereof, it is ordered and adjudged that the decision of the Board of Tax Appeals entered December 24, 1937, be and the same is in all things affirmed, upon the grounds and for the reasons set forth in the opinion of the Board filed December 23, 1937.

**Glen S. JORDAN, Appellant, v. UNITED STATES of America, Appellee.**

**No. 9102.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 9, 1940.

Ames Peterson, of Los Angeles, Cal., for appellant.

Wm. Fleet Palmer, U. S. Atty., of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

**LEE WAI LOON, Appellant, v. William A. CARMICHAEL, District Director of Immigration, Los Angeles, California, Appellee.**

**No. 9689.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 2, 1940.

Robert F. Craig, of Los Angeles, Cal., for appellant.

Wm. Fleet Palmer, U. S. Atty., and Russell K. Lambeau, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

**MICHIGAN STEEL CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8195.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1940.

Davis, Polk, Wardwell, Gardiner & Reed, of New York City, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Ralph F. Staubly, and Maurice J. Mahoney, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the petition for review in the above entitled cause be and the same is hereby dismissed.